**FILED**
**CLERK, U.S. DISTRICT COURT**

02/09/2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____AP_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DEVYNN MICHAEL PEREZ,<br>　aka "devynnprz@gmail.com,"<br>　aka "pezd_lw8,"<br><br>　　　　Defendant. | ED CR No. 5:22-cr-00044-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt and Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

　　The Grand Jury charges:

### COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

　　On or about February 11, 2020, in Riverside County, within the Central District of California, defendant DEVYNN MICHAEL PEREZ, also known as ("aka") "devynnprz@gmail.com," aka "pezd_lw8," knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet and email address "devynnprz@gmail.com," and which had been mailed, and which had been shipped and transported in and affecting interstate and foreign

commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant PEREZ received consisted of an image titled "22f87da7-5f38-4d33-8a56-3a2b9dflcd8f.jpg."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about February 12, 2020, in Riverside County, within the Central District of California, defendant DEVYNN MICHAEL PEREZ, also known as ("aka") "devynnprz@gmail.com," aka "pezd_lw8," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet and email address "devynnprz@gmail.com," and which had been mailed, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular telephone, knowing that the image was child pornography.

The child pornography that defendant PEREZ distributed consisted of an image titled "1f4b7bc6-cce64b42-8a67-50f34b202b1f.jpg."

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about August 11, 2020, in Riverside County, within the Central District of California, and elsewhere, defendant DEVYNN MICHAEL PEREZ, also known as ("aka") "devynnprz@gmail.com," aka "pezd_lw8," utilizing a Keep Safe Application associated with email account "devynnprz@gmail.com," knowingly possessed at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

///

///

The child pornography that defendant PEREZ possessed consisted of the following videos titled:

    (1) "ce1ad8d4-b05b-4785-92b4-df022aa4b741.mp4"; and

    (2) "Videos(70).3gp."

A TRUE BILL

/s/

_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

KAITLYN B. LASATER
Special Assistant United States Attorney
Riverside Branch Office